IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRENE S. YALCH,
    Plaintiff,

vs.          CIV NO. 1:19-cv-00076-SMV

ANDREW SAUL,
**Commissioner of the Social Security Administration,**
    Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 18) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 17), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until August 28, 2019, to file a response, and Plaintiff shall have until September 11, 2019, to file a reply.

SIGNED __July 31__, 2019.

                                          STEPHAN M. VIDMAR
                                          United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 07/26/2019*
KATHRYN BOSTWICK
Special Assistant United States Attorney

*Electronically approved 07/26/2019*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff